CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
APR 25 2014
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| JUNIOR SPRADLIN,<br>    Petitioner, | ) ) ) | Civil Action No. 7:14-cv-00004 |
| | ) | **ORDER** |
| v. | ) ) | |
| | ) | By:  Hon. Jackson L. Kiser |
| WARDEN, | ) |       Senior United States District Judge |
|     Respondent. | ) | |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Respondent's motion to dismiss is **GRANTED**; the petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, is **DISMISSED without prejudice** as unexhausted; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to Petitioner and counsel of record for Respondent.

ENTER: This 25th day of April 2014.

                                                /s/ Jackson L. Kiser
                                        Senior United States District Judge